1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ALEXIS JAMES (NYBN 5603865)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     FAX: (510) 637-3724
      Alexis.James@usdoj.gov
8

9  Attorneys for United States of America

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13 UNITED STATES OF AMERICA,            )   NO. CR 22-00264 JSW
                                        )
14      Plaintiff,                      )   [PROPOSED] ORDER
                                        )
15    v.                                )   CONTINUING STATUS
                                        )   AND EXCLUDING TIME
16 MICHAEL GREEN,                       )
                                        )
17      Defendant.                      )
                                        )
18

19                                **[PROPOSED] ORDER**

20      Based upon the facts set forth in the stipulation and joint status report of the parties and for good

21 cause shown, the Court finds that failing to exclude the time from October 4, 2022 through November 1,

22 2022 would unreasonably deny defense counsel and the defendant the reasonable time necessary for

23 effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

24 The Court further finds that the ends of justice served by excluding the time from October 4, 2022 to

25 November 1, 2022 from computation under the Speedy Trial Act outweigh the best interests of the

26 //

27 //

28 //

JOINT STATUS REPORT AND STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 22-CR-00264 JSW                                                              v. 7/10/2018

public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 4, 2022 through November 1, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: September 30, 2022

**JEFFREY S. WHITE**
United States District Judge

The Court CONTINUES the status hearing to November 1, 2022 at 12:00 p.m. The parties shall submit a further joint status report by no later than October 25, 2022.