JODI LINKER
Federal Public Defender
Northern District of California
ANGELA MILELLA HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Angela_Hansen@fd.org

Counsel for Defendant GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 22–264 HSG |
|---|---|
| Plaintiff, | **DEFENDANT'S SENTENCING MEMORANDUM** |
| v. | |
| MICHAEL GREEN, | Court: Courtroom 2, 4th Floor<br>Hearing Date: July 31, 2024 |
| Defendant. | Hearing Time: 2:00 p.m. |

    Michael Green is a participant and recent graduate of the Court's Conviction Alternatives Program ["CAP"]. On November 22, 2022, pursuant to an agreement with the government, Mr. Green pleaded guilty to the possession of a firearm and ammunition. In the plea agreement, the parties jointly recommended that Mr. Green be referred to CAP. Mr. Green began participating in CAP on May 15, 2023. He graduated on July 1, 2024.

    Since his release from federal custody on April 18, 2022, Mr. Green has accepted every opportunity to change his life around. He took advantage of these opportunities both for himself and his family. The advisory guideline range for Mr. Green's offense conduct is high. That range is driven primarily by a lengthy criminal history involving drug use and drug sales. But with his

recovery from addiction, participation in inpatient treatment and CAP, Mr. Green finally broke a 20-year-old cycle of addiction, criminal behavior and incarceration.

For this reason, Mr. Green asks the Court to vary downward from the advisory guidelines and to impose a non-custodial sentence. This sentence is warranted based on his extraordinary post-offense rehabilitation as exemplified by Mr. Green's completion of a rigorous inpatient drug treatment program and the CAP program. In a thorough and thoughtful Presentence Investigation Report ["PSR"], the probation office agrees with Mr. Green's sentencing recommendation. Pursuant to his plea agreement, Mr. Green anticipates the government will join in this recommendation.

There is no dispute that Mr. Green's offense conduct is serious, and his criminal history is long and repetitive. He sustained several drug-related prior convictions. His first drug-related felony conviction was at age 19. PSR ¶ 30. But as Mr. Green has acknowledged, many years of addiction and substance abuse "clouded his judgment and contributed to his involvement in the instant offense." PSR ¶ 59. Mr. Green grew up in a broken home with an unreliable addict mother and an absent father who spent most of Mr. Green's youth in prison. PSR ¶ 49. Mr. Green basically "grew up in the streets of Oakland." *Id*. ¶ 50. As a child, he witnessed domestic abuse, shootings and other violence. *Id*. He scored an eight out of ten on a self-administered Adverse Childhood Experiences Assessment, which puts him at a higher risk for the type of negative consequences reflected in his personal history and criminal past. PSR ¶ 58.

But in April 2022, after his release from federal custody, Mr. Green decided to take a different path. He entered an intensive inpatient treatment program at New Bridge Foundation in Berkeley, California. PSR ¶ 59. On the eve of his graduation, Mr. Green had a serious relapse after discovering his wife's infidelity. PSR ¶ 4. The CAP team confronted Mr. Green and he courageously agreed to repeat the entire program. In December 2023, Mr. Green transitioned to a sober living facility, and he continues to attend "a significant amount of programing through New Bridge each Monday through Thursday." PSR ¶ 59. After a lot of hard work coming to terms with his relapse and triggers, Mr. Green graduated from New Bridge on July 12, 2024, earning his certificate and the praise and support of the entire New Bridge community.

Through inpatient and outpatient treatment, Mr. Green has gathered the necessary tools to help

him to make better decisions in life.  For example, in a thoughtful relapse prevention plan that he presented at his last CAP session, Mr. Green discussed his triggers, such as feelings of guilt around how he parented his three children.  He knows that he cannot be perfect all the time and that he needs to make amends, but he must forgive himself for the past.

Mr. Green's participation in New Bridge was only one component of his rehabilitation.  He also attended group meetings, completed Courage to Change, participated in individual therapy and completed other components of CAP, including volunteer work and court sessions for more than 12 months.  PSR ¶¶ 4, 57, 59.  He has worked hard on himself, and he is grateful for the opportunity to participate in the CAP program.  Moreover, Mr. Green has showed his determination to change his life's path by obtaining a job as a delivery driver, earning $20 per hour.  At age 49, this is Mr. Green's first "real job."  PSR ¶ 61.  Most importantly, Mr. Green has a new sober community in his corner, including a group of positive and pro-social friends.

Through intensive treatment, programming and therapy, Mr. Green is not the same person depicted in the criminal history section of the PSR.  He is a different man.  Now that he is sober and in recovery, Mr. Green has reflected on his criminal past.  He is ashamed and feels "horrible" about his involvement in the offense conduct.  PSR ¶ 16.  At his last CAP session, Mr. Green conveyed pride in his transformation: "[It's been] a long time since I completed something and dedicated my life to something."  "It feels good to change."  He looked up to the ceiling and said that his deceased mother was also "proud" of him.  He knew in his heart that she was with him on this journey.

As noted by the probation office, Mr. Green plans to keep on this positive path.  He is working to repair relationships with his adult children, PSR ¶ 53, and he "continues to make efforts towards post-offense rehabilitation."  PSR, Recommendation at 2.  He will remain at a sober living facility, and he plans to continue with substance abuse treatment, aftercare at New Bridge and therapy to "support his sustained sobriety."  PSR ¶ 59.

Given the challenges of his youth and his participation of CAP, balanced against the seriousness of the offense, the probation office recommends a time-served sentence.  *Id*.  Mr. Green hopes the Court will agree that his recovery from addiction, incredible transformation, and his hard work and completion of CAP warrants a non-custodial sentence.

For all these reasons, Mr. Green respectfully requests that the Court sentence him to time-served with three years of supervised release. A non-custodial sentence with supervised release will allow Mr. Green to continue on a rehabilitative path, and it is sufficient, but not greater than necessary, to achieve the goals of sentencing.

Dated: July 18, 2024

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

             /S/
ANGELA MILELLA HANSEN
Assistant Federal Public Defender